IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID A. SISOFO, | ) | |
| | ) | C.A. No. 04-196 KAJ |
| Plaintiff, | ) | |
| | ) | Trial By Jury Demanded |
| v. | ) | |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, David A. Sisofo and AstraZeneca Pharmaceuticals, LP, through the undersigned counsel, that this action is hereby dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees.

_____
Gary W. Aber, Esquire (No. 754)
ABER, GOLDLUST, BAKER & OVER
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
Attorney for Plaintiff

_____
Sheldon N. Sandler, Esquire   (No. 245)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
(302) 571-6673
Attorneys for Defendant

DATED: May 6, 2005

063170 1001
WP3:1108643.1